# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BRUENDEL,<br><br>        Plaintiff<br>   v.<br>JERICH USA, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants<br><br>        --<br><br>JERICH USA, INC.,<br><br>        Counterclaimant,<br>   v.<br>XPORT FORWARDING, LLC, a Delaware corporation, and MARIO BRUENDEL, an individual,<br><br>        Counterdefendants. | Case No. 8:20-cv-01820-JLS-ADS<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

**ORDER TO DISMISS ACTION**

The Court having considered the parties' Joint Stipulation to Dismiss with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Complaint of Mario Bruendel against Jerich USA, Inc. is hereby dismissed with prejudice:

2. The Counterclaim of Jerich USA, Inc. against Mario Bruendel and XPORT Forwarding, LLC is hereby dismissed with prejudice.

Dated: December 1, 2020

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE